UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VARIABLE ANNUITY LIFE INSURANCE COMPANY and VALIC FINANCIAL ADVISORS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SEAN and SETH COMPTON,<br><br>　　　　　Defendants. | NO: 4:22-CV-5077-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　BEFORE THE COURT are the parties' Stipulated Motion to Dismiss and to Expedite. ECF Nos. 26 and 27. The stipulation to dismiss is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for all claims asserted in this case to be dismissed with prejudice and each side to bear its own attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss and to Expedite, ECF Nos. 26 and 27, are **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each side to bear its own attorneys' fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 3, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2